28009.   GARRISON v. CITY OF CARTERSVILLE.

GUERRY, J. This case is controlled by the decision in *DeBerry* v. *LaGrange*, ante, 74 (8 S. E. 2d, 146).

*Judgment reversed. Broyles, C. J., concurs.   MacIntyre, J., dissents.*

DECIDED MARCH 13, 1940.

*Richard D. Sturtevant, E. J. Summerour, Albert E. Mayer,* for plaintiff in error.

*Finley & Henson, Neel & Ault,* contra.